

Alexander Callo
Phone: (973) 286-6720
Fax: (973) 286-6800
alexander.callo@saul.com
www.saul.com

March 15, 2021

**VIA ECF**

The Hon. Jessica S. Allen, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

    Re:    *Roman v. Union County Jail, et al.*
              Civil Action No. 16-1049 (ES)(JSA)

              *Roman v. Johnson*
              Civil Action No. 17-1848 (ES)(JSA)

Dear Judge Allen:

    This firm represents Plaintiff Abraham Roman in the above-captioned cases. We write regarding Your Honor's March 1, 2021 Text Orders that the parties advise the Court as to whether they have amicably resolved these cases.[1]

    We are pleased to inform the Court that the parties have amicably resolved these cases in principle and are in the process of finalizing the settlement documents. Within the next few weeks, we expect to file a Stipulation of Dismissal to formally dismiss these cases.

    Thank you for Your Honor's kind attention to these matters.

                                    Respectfully yours,

                                    Alexander Callo

cc:    Counsel for Defendants (via e-mail)
        Charles M. Lizza, Esq. (via e-mail)

---

[1] *See* D.I. 88 in C.A. No. 16-1049; D.I. 42 in C.A. No. 17-1848.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP